IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JANETTE SEGARRA-MALDONADO, *et al.*,

   **Plaintiffs,**

       v.

HONEYWELL AEROSPACE, *et al.*,

   **Defendants.**

CIVIL NO. 20-1606(JAG)

## JUDGMENT

Pursuant to Plaintiffs' Notice of Voluntary Dismissal, Docket No. 51, and this Court's Order, Docket No. 53, Judgment is hereby entered DISMISSING WITHOUT PREJUDICE Plaintiffs' case without the imposition of attorney's fees or costs. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Monday, August 23, 2021.

                                                   s/ Jay A. Garcia-Gregory
                                                   JAY A. GARCIA-GREGORY
                                                   U.S. DISTRICT JUDGE